In the Matter of DONALD FEOLA, Respondent, v PATRICK J. CARROLL et al., Appellants.

Submitted February 25, 2008; decided March 13, 2008

Motion by City of New York for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

In the Matter of WOODROW FLEMMING, Appellant, v CHARLES TEJADA, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted January 14, 2008; decided March 13, 2008

Motion for reargument denied [see 9 NY3d 1003 (2007)].

GREAT NORTHERN INSURANCE COMPANY et al., Plaintiffs, v KOBRAND CORPORATION, Appellant, and SAFEGUARD INSURANCE COMPANY et al., Respondents.

Submitted October 15, 2007; decided March 13, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

JERICHO WATER DISTRICT, Respondent, v ONE CALL USERS COUNCIL, INC., et al., Appellants.

Submitted March 10, 2008; decided March 13, 2008

Motion to strike portions of respondent's brief denied.